JUSTICE, District Judge,
dissenting:
I wholly agree with the majority opinion, save for its ultimate conclusion that no meaningful relief is now available to plaintiff-appellant Vieux Carre. Vieux Carre I plainly hold that Vieux Carre “has standing to assert its claim for a declaratory judgment against the Corps.” Vieux Carre Property Owners v. Brown, 875 F.2d 453, 459 (5th Cir.1989). The majority opinion is clearly contrary to Vieux Carre I in this respect, and apparently fails to give recognition to the law of the case doctrine. North Miss. Communications v. Jones, 951 F.2d 652, 656 (5th Cir.1992), cert. denied, — U.S. -, 113 S.Ct. 184, 121 L.Ed.2d 129 (1992).
I would reverse and remand this case, in order that Vieux Carre may pursue the remedy made available to it under Vieux Carre I.